**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES SIMPSON,<br><br>      Petitioner,<br><br>  v.<br><br>CDCR,<br><br>      Respondent. | Case No. 1:14-cv-00962-SKO-HC<br><br>ORDER TO PETITIONER TO SIGN AND RETURN THE CONSENT OR DECLINE FORM WITHIN TWENTY-ONE (21) DAYS OF SERVICE, OR FACE DISMISSAL OF THE ACTION WITHOUT PREJUDICE FOR PETITIONER'S FAILURE TO COMPLY WITH A COURT ORDER (DOC. 4)<br><br>ORDER TO THE CLERK TO SEND TO PETITIONER WITH THIS ORDER ANOTHER ORDER RE: CONSENT OR REQUEST FOR REASSIGNMENT<br><br>**PETITIONER'S DEADLINE:**<br><br>**TWENTY-ONE (21) DAYS AFTER THE DATE OF SERVICE OF THIS ORDER** |

    Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 303.

    I.  Background

    Pending before the Court is the petition for writ of habeas

1

corpus filed by Petitioner on June 19, 2014.  On June 20, 2014, the Court directed Petitioner to return to the Court within thirty days a form indicating either that he 1) consented to the jurisdiction of the Magistrate Judge to proceed to judgment in this case, or 2) did not consent to the jurisdiction of the Magistrate Judge to proceed to judgment.  The Court's order was served on Petitioner at the address listed on the docket on June 20, 2014.  Although more than thirty days have passed since the service of the Court's order, Petitioner has failed to return to the Court the form reflecting his decision regarding consent.

      II.   <u>Order to Complete and Return Consent Form or Suffer Dismissal of the Petition</u>

   Petitioner has failed to comply with the Court's order to complete, sign, and return a form concerning consent or request for reassignment.

    A failure to comply with an order of the Court may result in sanctions, including dismissal, pursuant to the inherent power of the Court, federal statute, and the Federal Rules of Civil Procedure.  Fed. R. Civ. P. 41(b), 11; Local Rule 110; <u>Chambers v. NASCO, Inc.</u>, 501 U.S. 31, 42-43 (1991).

    Petitioner is being given another opportunity to complete and sign the consent form and to return the form to the Court.  Petitioner is INFORMED that if he fails to complete, sign, and return the form within twenty-one days after service of this order, the instant proceeding will be dismissed without prejudice for Petitioner's failure to comply with an order of the Court.

///

1  Accordingly, it is hereby ORDERED that Petitioner is
2  GRANTED twenty-one (21) days from the date of service of this
3  order to complete, sign, and return the consent or decline
4  portion of the Court's order re: consent or request for
5  reassignment.
6  The Clerk is DIRECTED to send to Petitioner with this order
7  another order re: consent or request for reassignment.

IT IS SO ORDERED.

Dated: **September 2, 2014**          **/s/ Sheila K. Oberto**
                                      UNITED STATES MAGISTRATE JUDGE