UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES SIMPSON,<br><br>        Petitioner,<br><br>   v.<br><br>CDCR,<br><br>        Respondent. | Case No. 1:14-cv-00962-AWI-SKO-HC<br><br>ORDER GRANTING PETITIONER'S MOTION FOR VOLUNTARY DISMISSAL OF THE PETITION FOR WRIT OF HABEAS CORPUS (DOC. 10)<br><br>ORDER DISMISSING THE PETITION WITHOUT PREJUDICE (DOC. 1), DISMISSING PENDING FINDINGS AND RECOMMENDATIONS AND MOTIONS AS MOOT (DOCS. 2, 8), AND DIRECTING THE CLERK TO CLOSE THE ACTION |

    Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the Court is the Petitioner's request to withdraw the petition, which the Court understands to be a motion for voluntary dismissal of the petition.

    I.  <u>Voluntary Dismissal of the Petition</u>

    The named respondent has not appeared in the action. On June 19, 2014, Petitioner filed a motion for injunctive relief. On October 14, 2014, the Magistrate Judge filed findings and recommendations to dismiss the petition for Petitioner's failure to

1

respond to the Court's orders regarding Magistrate Judge jurisdiction.  On October 29, 2014, Petitioner filed the instant motion for voluntary dismissal of the petition.

Subject to other provisions of law, a petitioner may voluntarily dismiss an action without leave of court before service by the adverse party of an answer or motion for summary judgment. Fed. R. Civ. P. 41(a).  Otherwise, an action shall not be dismissed except upon order of the court and upon such terms and conditions as the court deems proper.  Id.

Here, no answer or motion to dismiss has been served or filed. Thus, Petitioner is entitled to dismissal.

II.   Disposition

Accordingly, it is ORDERED that:

1)   Petitioner's motion for voluntary dismissal is GRANTED; and

2)   The motion for injunctive relief as well as the findings and recommendations are DISMISSED as moot; and

3)   The petition for writ of habeas corpus is DISMISSED without prejudice; and

4)   The Clerk is DIRECTED to close this action because this order terminates the proceeding in its entirety.

IT IS SO ORDERED.

Dated:   October 30, 2014                          _____
                                                   SENIOR  DISTRICT  JUDGE

2